United States Bankruptcy Court
Central District of California

In re:
Electronic Cigarette Convention, LLC
Debtor

Case No. 19-14238-ES
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8 User: tlawC Page 1 of 1 Date Rcvd: Nov 13, 2019
Form ID: van116 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.
db +Electronic Cigarette Convention, LLC, 1010 North Hanover Place, Anaheim, CA 92801-3146

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:
Jerome S Demaree on behalf of Debtor Electronic Cigarette Convention, LLC stan@demaree-law.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Weneta M Kosmala (TR) ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
TOTAL: 3

| **United States Bankruptcy Court<br>Central District of California** | |
|---|---|
| In re:<br>Electronic Cigarette Convention, LLC | CHAPTER NO.: 7<br>CASE NO.: 8:19−bk−14238−ES |

# NOTICE OF DEFICIENCY OF FILING FEES REQUIRED TO ADD ADDITIONAL CREDITORS

To: Debtor and Debtor's Attorney of Record,

On 11/12/2019 the Clerk's office accepted for filing a mailing matrix and/or schedule D, E/F listing new creditors to be added to the above−listed case. The Court must collect a **$31.00** filing fee whenever creditors are added to the mailing matrix and/or Schedule D, E/F are amended.

Please be aware that no action will be taken by the Court regarding this filing as the creditor(s) will not be added to the case **until after** the filing fee for the document(s) listed above is paid. Note that only parties entered in the case will receive notifications from the court. **To ensure the additional creditor(s) timely receive documents to which they are entitled, please submit the required fling fee immediately.**

Bankruptcy Court Fees may be paid by:

(1) Cash − only acceptable if paying in person.

(2) U.S. Postal Service money order or cashier's check from an acceptable financial institution made payable to the **U.S. Bankruptcy Court.**

**Credit Cards and Personal/Business Checks ARE NOT ACCEPTED from DEBTORS to pay fees.**

(3) Attorney or law firm checks must include a current pre−printed name, street address, telephone number and California attorney bar number.

(4) Credit card transactions must be made in person by the cardholder, however, this does not apply to electronically filed documents.

Send a copy of this notice with proper payment to:

**411 West Fourth Street, Suite 2030,**
**Santa Ana, CA 92701−4593**

Any questions regarding the Court's policies for payment of this fee and/or the check acceptance policy should be directed to the Court's Call Center at the toll free number (855) 460−9641, Monday through Friday, 9:00 a.m. to 4:00 p.m. excluding federal holidays.

Dated: November 13, 2019

BY THE COURT

**Kathleen J. Campbell**
Clerk of Court

(Form van116−ndfacr) Rev (12/2016) **9 − 8 / TLG**